# In the United States District Court for the Southern District of Georgia
# Brunswick Division

| UNITED STATES OF AMERICA | * |   |
|---|---|---|
|   | * |   |
| vs. | * | CR 213-033 |
|   | * |   |
| MAKO LEE JONES | * |   |

### ORDER

On February 19th this Court held a <u>Franks</u> hearing pursuant to <u>Franks v. Delaware</u>, 438 U.S. 154 (1978), to allow Defendant to challenge the veracity of the affidavit supporting the search warrant. After hearing testimony from multiple witnesses and argument from both sides, the Court finds that the Defendant has failed to establish that any false information was knowingly or recklessly made. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. No. 56) denying Defendant's Motion to Suppress and **OVERRULES** Defendant's objection to this Report and Recommendation.

**SO ORDERED**, this 2ᵈ day of February, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA